UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MOSES,<br><br>                    Plaintiff,<br><br>    v.<br><br>NATIONAL SECURITIES CORPORATION, et al.,<br><br>                    Defendants. | Case No. 1:22-cv-08912<br><br>Hon. Andrew L. Carter, Jr. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, as of the date below, Winget, Spadafora & Schwartzberg, LLP, hereby enters its appearance as counsel of record for Defendants National Securities Corporation, National Holdings Corporation, and B. Riley Financial Inc., and requests copies of all papers and pleadings filed in this case.

Dated:  November 9, 2022

                WINGET, SPADAFORA &
                SCHWARTZBERG, LLP

      By:    /s/ Steven E. Mellen
                Michael Schwartzberg, Esq. [MS-9337]
                Steven E. Mellen, Esq. [SM-7368]
                45 Broadway, 32nd Floor
                New York, NY 10006
                Tel: (212) 221-6900
                Fax: (212) 221-6989

                *Attorneys for Defendants National*
                *Securities Corporation, National Holdings*
                *Corporation, and B. Riley Financial Inc.*