```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/1/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOSES,<br><br>                         Plaintiff,<br><br>                   -against-<br><br>NATIONAL SECURITIES CORPORATION ET AL.,<br><br>                       Defendants. | 22-cv-08912 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      On October 19, 2022, Plaintiff filed a Complaint commencing this action against Defendants National Securities Corporation ("National Securities"), National Holdings Corporation ("National Holdings"), B. Riley Financial Inc. ("B. Riley"), and Sean Hosein a/k/a Sean Sherwin ("Sherwin"). ECF No. 4.  On December 13, 2022, Defendants National Securities, National Holdings, and B. Riley requested an extension to respond to the Complaint until January 13, 2023. ECF No. 17. On December 22, 2022, Defendant Sherwin requested an extension to respond to the Complaint until January 21, 2023. ECF No. 20. The Court granted both requests. ECF Nos. 18, 21. To date, no answer or response has been filed.

      The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **February 8, 2023**.

**SO ORDERED.**

Dated:    February 1, 2023
              New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**