UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2023
```

| | |
|---|---|
| MOSES,<br><br>        **Plaintiff**,<br><br>-against-<br><br>NATIONAL SECURITIES CORPORATION ET AL.,<br><br>        **Defendants.** | 22-cv-08912 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of the Plaintiff's letter motion requesting a stay in above-captioned matter pending arbitration proceedings. ECF No. 25. The Plaintiff's unopposed request is **GRANTED**. The Court hereby orders that all proceedings in this action are stayed until April 3, 2023. The parties are hereby **ORDERED** to submit a joint status report on the current status of this action on **April 3, 2023**.

**SO ORDERED.**

Dated: February 3, 2023
     New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**