**MICHELMAN & ROBINSON, LLP**
ATTORNEYS AT LAW

| | |
|---|---|
| **JARED B. FOLEY** | **New York Office** |
| jfoley@mrllp.com | 605 Third Avenue, 30th Floor |
| | New York, NY 10022 |
| | **P** 212.730.7700 **F** 212.730.7725 www.mrllp.com |

April 3, 2023

<u>Via ECF</u>

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

        Re:    *Moses v. Nat'l Sec. Corp. et al.,* Case No. 1:22-cv-08912 (ALC)
               <u>Joint Status Letter</u>

Dear Judge Carter:

      This Status Report is ***jointly submitted*** on behalf of Plaintiff Michael Moses and Defendants National Securities Corporation ("NSC") and Sean Sherwin (collectively, "Defendants") in accordance with Your Honor's Order dated February 2, 2023.

      Following the Court's February 2 Order staying this case (Dkt. 26), Plaintiff sent letters to NSC and Sherwin in an attempt to resolve the dispute without the need for further legal action. In response counsel for Sherwin stated that his client will not be providing a counteroffer. Plaintiff received no response from NSC. Subsequently, on March 10, 2023, Plaintiff filed with FINRA a Statement of Claim against NSC and Sherwin. Defendants were served on March 14, 2023; and their Answer is due on or before May 3, 2023.

      The Parties will continue to keep this Court apprised as to ongoing developments in this case.

      Very truly yours,

      **MICHELMAN & ROBINSON, LLP**

      Jared B. Foley, Esq.