UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MOSES,

                Plaintiff,

  -against-

NATIONAL SECURITIES CORPORATION,
NATIONAL HOLDINGS CORPORATION,
B. RILEY FINANCIAL INC., and SEAN HOSEIN
a/k/a SEAN SHERWIN,

                Defendants.
-----------------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Case. No. 1:22-cv-08912 (JHR)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Michael Moses and his counsel, hereby give notice that the above-captioned action is voluntary dismissed with prejudice as to all parties and all causes of action, with each party to bear its own costs of suit and attorneys' fees.

Dated: August 8, 2024

By: _____

*Attorneys for Plaintiff*
Jared B. Foley
MICHELMAN & ROBINSON, LLP
605 Third Avenue, 30th Floor
New York, NY 10158
Tel. (212) 730-7700
jfoley@mrllp.com